1  PHILLIP A. TALBERT
   United States Attorney
2  PETER K. THOMPSON
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  Oscar Gonzalez de Llano
   Special Assistant United States Attorney
5         Social Security Administration
          160 Spear Street, Suite 800
6         San Francisco, CA 94105
          Telephone: (510) 970-4818
7         Email: Oscar.Gonzalez@ssa.gov
8  Attorneys for Defendant

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12
   VIRGINIA GUEVARA,                    )  Civil No. 1:22-cv-00490-BAK (EPG)
13                                      )
          Plaintiff,                    )
14                                      )  STIPULATION AND ORDER FOR
          v.                            )  EXTENSION OF TIME TO RESPOND
15                                      )  TO PLAINTIFF'S COMPLAINT
                                        )
16 KILOLO KIJAKAZI,                     )  (ECF No. 11)
   Acting Commissioner of Social Security, )
17                                      )
          Defendant.                    )
18 _____)

19
20
21
22
23
24
25
26
27
28

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due July 25, 2022. Defendant has not previously requested an extension of this deadline.

2. The certified administrative record (CAR) in this case has not been finalized for filing. The agency's Office of Appellate Operations (OAO) is responsible for preparation of CARs. Counsel for the Commissioner is in contact with OAO to ensure that the CAR is properly certified for filing. Accordingly, Defendant requests an extension of 60 days to respond to Plaintiff's Complaint.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until September 23, 2022, respond to Plaintiff's Complaint.

Respectfully submitted,

Date: *July 26, 2022*   PEÑA & BROMBERG, PLC

By:   */s/ Jonathan Peña* *
JONATHAN PEÑA
*Authorized by email on July 26, 2022*
Attorneys for Plaintiff

Date: *July 26, 2022*   PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:   */s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ de LLANO
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to parties' stipulation (ECF No. 11), IT IS ORDERED that Defendant shall have until September 23, 2022, to file the certified administrative record or otherwise respond to the complaint. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: __**July 26, 2022**__                     /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE