UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA GUEVARA, | Case No. 1:22-cv-00490-CDB (SS) |
| Petitioner, | ORDER ON STIPULATION EXTENDING TIME TO FILE PETITIONER'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 16) |
| Respondent. | |

Petitioner Virginia Guevara ("Petitioner") seeks judicial review of an administrative decision of the Commissioner of Social Security denying Petitioner's claim for disability benefits under the Social Security Act.  (ECF No. 1).  On December 2, 2022, the parties filed a stipulation requesting Petitioner be provided an extension of time to file her motion for summary judgment. (ECF No. 16).  Based on the parties' representations in the stipulation, the Court finds good cause exists to grant the parties' requested extension.  Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED, Petitioner shall have until February 6, 2023, to file and serve on Respondent her motion for summary judgment.

IT IS SO ORDERED.

Dated:  __**December 2, 2022**__          _____

UNITED STATES MAGISTRATE JUDGE

1