UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA GUEVARA, | Case No. 1:22-cv-00490-JLT-CDB (SS) |
| Plaintiff, | ORDER ON STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S AMENDED MOTION FOR ATTORNEY'S FEES |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Docs. 30, 31) |
| Defendant. | |

Pending before the Court is the parties' stipulated request to extend the deadline for Defendant to file a response to Plaintiff's amended motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (Doc. 30), from January 14, 2026, to February 13, 2026. (Doc. 31).

**Conclusion and Order**

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED that Defendant shall file a response to Plaintiff's amended motion for attorney's fees (Doc. 30) no later than **February 13, 2026**.

IT IS SO ORDERED.

Dated: __**January 13, 2026**__        _____

UNITED STATES MAGISTRATE JUDGE